JOHN J. BETZ, *Appellant, v.* ELIAS DAVIS and ELEANOR DAVIS, *Respondents, Impleaded,* with others. — Judgment reversed and new trial ordered, costs to abide event. Opinion by HARDIN, J.

ARCHIBALD H. GATES, *Appellant, v.* FRANK S. HUGHSON and others, *Respondents.* — Judgment affirmed. Opinion by MULLIN, P. J.

JAMES S. CRONKHITE, *Respondent, v.* JONAS CRONKHITE, *Appellant.* — Judgment affirmed, with costs. Opinion by SMITH, J.

LEWIS E. SMITH, *Appellant, v.* WILLIAM PHALEN and others, *Respondents.* — Order affirmed, with ten dollars costs and disbursements. Opinion by MULLIN, P. J.

CHARLES A. DANOLDS, *Respondent, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Appellant.* — Award of State Board of Audit affirmed, with costs and disbursements of this appeal to the respondent. Opinion by MULLIN, P. J.

THE FIRST REFORMED PRESBYTERIAN CHURCH OF YORK, *Respondent, v.* JOHN L. SCOTT and others, *Appellants.* — Order of Special Term affirmed, with ten dollars costs and disbursements, on opinion delivered by Mr. Justice MACOMBER at Special Term.

GEORGE L. MARVIN, *Respondent, v.* LE GRAND MARVIN, *Appellant.* — Motion to strike cause from calendar denied, with ten dollars costs.

THE ANSONIA BRASS AND COPPER COMPANY, *Respondent, v.* L. R. PRATT, *Assignee, etc., Appellant.* — Default opened on payment of ten dollars costs of the October term, and ten dollars costs of opposing this motion.

HIRAM DILLENBECK, *Respondent, v.* AMBROSE GRAY and others, *Appellants.* — Motion for leave to appeal to the Court of Appeals granted, on the ground that the case involves questions of law which ought to be reviewed by that court.

WATSON GILL *v.* THE AMERICAN EXPRESS COMPANY. — Motion for leave to appeal to the Court of Appeals, denied. HARDIN, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOHN CASHMAN *v.* THOMAS P. HEDDEN and others, *Referees, etc.* — Motion to dismiss appeal denied, with ten dollars costs.

LIBERTUS VAN BOKKELEIN, *Respondent, v.* MYRON H. MILLS, *Appellant.* — Motion for reargument and for leave to appeal to Court of Appeals denied. SMITH, J., not participating in the decision.

JACOB FISHER, *Respondent, v.* STEPHEN M. CORWIN, *Appellant.* — Motion for reargument denied.

EMERSON DAY, *as Commissioner, etc., of Town of Royalton, Appellant, v.* FAYETTE DAY, *as Commissioner, etc., of Town of Hartland, Respondent.* — Leave granted to appeal to the Court of Appeals on the ground that the case involves a question of law which ought to be reviewed by that court.